

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00929-CV

CITY OF SEALY, TEXAS; MARK STOLARSKI, MAYOR; AND LARRY KUCIEMBA, CITY MANAGER, Appellants

V.

TOWN PARK CENTER, LLC, Appellee

Appeal from the 155th District Court of Austin County. (Tr. Ct. No. 2015V-0129).

This case is an appeal from the interlocutory order signed by the trial court on October 27, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that Town Park Center LLC's request for attorneys' fees is barred by governmental immunity. Accordingly, the Court **dismisses** Town Park Center, LLC's request for attorneys' fees for lack of jurisdiction. The Court also holds that Town Park Center, LLC's claims for breach of contract and injunctive and declaratory relief have become moot during the pendency of this appeal. Accordingly, the Court **vacates** the Court's October 27, 2015 interlocutory order and **dismisses** Town Park Center, LLC's claims for breach of contract and injunctive and declaratory relief for lack of jurisdiction. Because these holdings dispose of all pending claims, the Court **renders** judgment dismissing the case for lack of jurisdiction.

The Court **orders** that the appellee, Town Park Center, LLC, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 19, 2016.

Panel consists of Justices Jennings, Massengale, and Huddle. Opinion delivered by Justice Massengale.